UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG WOO KIM, | ) Case No. CV 14-7944 JC |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| KEVIN CHAPPELL, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: May 31, 2016

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

1